188

IN THE MATTER OF ISAAC BURNETT

1809

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 257

PAPERS IN FILE

[None]

IN THE MATTER OF JOHN WILLIAMS

1809

JOURNAL ENTRIES

1. Prisoner remanded . . . . . . . . . *Journal, infra,* \*p. 274

PAPERS IN FILE

[None]